# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:17-cr-00071-TWP-MJD |
| | ) | |
| CARLTON CHANEY, | ) -02 | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On November 24, 2021, the Magistrate Judge submitted his Report and Recommendation regarding the United States Probation Office's Petition for Warrant or Summons for Offender Under Supervision (Dkt. 91). The parties waived the fourteen-day period to object to the Report and Recommendation. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation.

IT IS SO ORDERED.

Date: 11/29/2021

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Steven D. Allen
stevenallenlaw@gmail.com

Gwendolyn M. Beitz
INDIANA FEDERAL COMMUNITY DEFENDERS
gwendolyn_beitz@fd.org

Peter A. Blackett
UNITED STATES ATTORNEY'S OFFICE
peter.blackett@usdoj.gov